# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JARRETT MCDOUGLE,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD WATSON, PHILLIP MCLAURIN, THOMAS TRICE, NANCY SUTHERLAND, and LEVI BRIDGES,<br><br>      Defendants. | Case No. 3:17-cv-00091-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: December 6, 2017

                                                  **JUSTINE FLANAGAN,**
                                                  **Acting Clerk of Court**

                                                  **BY: s/Tina Gray**
                                                          **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**